REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK

TO:   Commissioner of Patents and Trademarks
      Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CA 04-1216 | 09/02/04 | District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| Pfizer Inc. | Luke Amoresano |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,969,156 | 10/19/99 | Warner-Lambert Company |
| 2 | 2,074,561 | 6/24/97 | Warner-Lambert Company |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

*See attached*

CLERK
PETER T. DALLEO, CLERK

(BY) DEPUTY CLERK   *[signature]* 6/21/06

DATE
09/03/04